*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 18-BG-215**

IN RE DAVID E. FURRER

**2018 DDN 29**

FILED 05/24/2018
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Reg. No. 446343**

BEFORE: Glickman and Easterly, Associate Judges, and Nebeker, Senior Judge.

**ORDER**
(FILED − May 24, 2018)

On consideration of the certified order of the Court of Appeals of Maryland indefinitely suspending respondent from the practice of law in that jurisdiction by consent; this court's March 9, 2018, order directing respondent to show cause why the functionally-equivalent discipline of an indefinite suspension with a fitness requirement, with the right to file for reinstatement after five years or after reinstatement by the state of Maryland, whichever occurs first, should not be imposed; the motion of Disciplinary Counsel for leave to file his lodged late response; and it appearing that respondent failed to file either a response to the court's show cause order or his D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that the motion of Disciplinary Counsel is granted and the lodged response is filed. It is

ORDERED that David E. Furrer is hereby indefinitely suspended with a fitness requirement. He may file for reinstatement after five years or after reinstatement by the state of Maryland, whichever occurs first. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007)

**2**

(rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement respondent's suspension will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**